LEE TRAN & LIANG APLC
  James M. Lee (Bar No. 192301)
  Daniel J. Taylor (Bar No. 241404)
601 S. Figueroa Street, Suite 4025
Los Angeles, CA 90017
Tel: (213) 612-3737
Fax: (213) 612-3773
Email: jml@ltlcounsel.com,
    dt@ltlcounsel.com

Attorneys for Plaintiff
Actuate Corporation

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTUATE CORPORATION, a California corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>CONSTRUCTION SPECIALTIES, INC.; and DOES 1 through 10,<br><br>    Defendants. | CASE NO.: CV 10-04444 CW<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR COMPLETION OF MEDIATION AND DISCOVERY** |

1    WHEREAS, the Court entered a scheduling order in the above-captioned
2  matter on February 15, 2011;

3    WHEREAS, pursuant to that court order, mediation was to be completed by
4  Thursday, June 30, 2011; discovery completed by August 26, 2011; and expert
5  discovery completed by October 21, 2011;

6    WHEREAS, the parties are working diligently to schedule depositions and
7  complete discovery, but will require additional time to complete depositions;

8    WHEREAS, the parties believe that additional fact discovery will be
9  necessary in order to participate in a meaningful mediation;

10    NOW THEREFORE, the parties hereby agree and stipulate to an extension of
11  the time for the completion of mediation and fact discovery and respectfully
12  request that the Court grant:

13    1)    an extension of the time for completion of mediation from June 30,
14          2011 to September 23, 2011;

15    2)    an extension of the time for completion of fact discovery from August
16          26, 2011 to October 21, 2011;

17    3)    an extension of the deadlines for initial and rebuttal expert reports
18          from September 23, 2011 and October 7, 2011, respectively, to
19          November 18, 2011 and December 2, 2011;

20    4)    an extension of the time for completion of expert discovery from
21          October 21, 2011 to December 16, 2011; and

22    5)    a continuance of the November 3rd, 2011 Case Management
23          Conference and last day to hear dispositive motions to January 5,
24          2012.

25
26
27
28

JOINT STIPULATION TO EXTEND TIME FOR COMPLETION OF MEDIATION

1      None of the dates proposed herein will modify the March 27, 2012 Final

2  Pretrial Conference or the April 9, 2012 trial date or any other pre-trial dates set

3  forth in the Court's February 15, 2011 Scheduling Order other than those dates

4  specifically sought to be modified herein.

8  DATED: _July 28_, 2011         LEE TRAN & LIANG APLC

10  By_____

11  James M. Lee
    Daniel J. Taylor

12  Attorneys for Plaintiff
    Actuate Corporation

14  DATED: _July 28_, 2011         STARK & STARK

16  By_____

17  Craig Hilliard
    Attorney for Defendant Construction

18  Specialties Inc.

-3-

## **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.  The Court's February 15 2011 Scheduling Order is modified as follows:

1.  The time for completion of mediation is extended to September 23, 2011;

2.  The time for completion of fact discovery is extended to October 21, 2011;

3.  The time for service of initial expert reports is extended to November 18, 2011;

4.  The time for service of rebuttal expert reports is extended to December 2, 2011;

5.  The time for completion of expert discovery is extended from October 21, 2011 to December 16, 2011;

6.  The November 3rd, 2011 Case Management Conference and last day to hear dispositive motions shall be continued to January 5, 2012.

DATED:  **8/2/2011**

Honorable Claudia Wilken