1  LEE TRAN & LIANG APLC
    James M. Lee (Bar No. 192301)
2   Daniel J. Taylor (Bar No. 241404)
   601 S. Figueroa Street, Suite 4025
3  Los Angeles, CA 90017
   Tel: (213) 612-3737
4  Fax: (213) 612-3773
   Email: jml@ltlcounsel.com,
5          dt@ltlcounsel.com

6  Attorneys for Plaintiff
   Actuate Corporation

7

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11

12

13  ACTUATE CORPORATION, a          ) CASE NO.: CV 10-04444 CW
    California corporation,         )
14                                  )
                 Plaintiff,         ) **STIPULATION AND**
15                                  ) **[PROPOSED] ORDER TO**
                                    ) **EXTEND TIME FOR**
16       v.                         ) **COMPLETION OF FACT AND**
                                    ) **EXPERT DISCOVERY**
17                                  )
    CONSTRUCTION SPECIALTIES,       )
18  INC.; and DOES 1 through 10,    )
                                    )
19               Defendants.        )
                                    )
20  _____  )

21

22

23

24

25

26

27

28

---
JOINT STIPULATION TO EXTEND TIME FOR COMPLETION OF FACT AND EXPERT DISCOVERY

1  By this stipulation and order the parties to the above-captioned action respectfully request that the fact and expert discovery deadlines on the case schedule be extended for the reasons stated below.

WHEREAS, the Court entered an order in the above-captioned matter on February 15, 2011;

WHEREAS, the Court, pursuant to the parties' joint stipulation, ordered the extension of various discovery-related deadlines on August 2, 2011;

WHEREAS, pursuant to the Court's order, fact discovery was to be completed by October 21, 2011; initial and rebuttal expert reports were to be completed by November 18, 2011 and December 2, 2011, respectively; and expert discovery was to be completed by December 16, 2011;

WHEREAS, the parties believe that additional fact discovery will be necessary in order to complete depositions, which involve parties from numerous states on the East and West Coasts, and investigate complex electronic data issues in order to flesh out salient issues of the case and prepare for trial;

WHEREAS, none of the extensions to discovery requested herein will alter the trial date that is currently set on April 9, 2012, and therefore no prejudice will result from these requested extensions;

NOW THEREFORE, the parties hereby agree and stipulate to an extension of time for the completion of fact and expert discovery, and respectfully request that the Court grant:

1) an extension of time for the completion of fact discovery from October 21, 2011 to January 13, 2012;
2) an extension of the deadlines for initial and rebuttal expert reports from November 18, 2011 and December 2, 2011, respectively, to January 13, 2012 and January 27, 2012; and
3) an extension of time for completion of expert discovery from December

JOINT STIPULATION TO EXTEND TIME FOR COMPLETION OF FACT AND EXPERT DISCOVERY

16, 2011 to February 3, 2012; and

4) a continuance of the January 5, 2012 Case Management Conference and last day to hear dispositive motions to February 23, 2012.

DATED: October 12, 2011        LEE TRAN & LIANG APLC

By: /s/ Daniel Taylor
   James M. Lee
   Daniel J. Taylor
   Attorneys for Plaintiff
   Actuate Corporation

DATED: October 12, 2011        STARK & STARK

By: /s/ Craig Hilliard
   Craig Hilliard
   Attorney for Defendant Construction
   Specialties Inc.

## **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED. The Court's August 2, 2011 Order is modified as follows:

1) The time for completion of fact discovery is extended to January 13, 2012;
2) The time for service of initial expert reports is extended to January 13, 2012;
3) The time for service of rebuttal expert reports is extended to January 27, 2012; and
4) The time for completion of expert discovery is extended to February 3, 2012.
5) The January 5, 2012 Case Management Conference and last day to hear dispositive motions shall be continued to February 23, 2012.

DATED: 10/20/2011                           _____
                                            Honorable Claudia Wilken

-4-
JOINT STIPULATION TO EXTEND TIME FOR COMPLETION OF FACT AND EXPERT DISCOVERY

1

**DECLARATION OF CONSENT**

2    Pursuant to General Order No. 45, Section X(B) regarding signatures, I
3 attest under penalty of perjury that concurrence in the filing of this document has
4 been obtained from Craig Hilliard.

5

6

7    DATED: October 12, 2011          LEE TRAN & LIANG APLC

8
                                      By: /s/ Daniel Taylor
9                                        James M. Lee
                                         Daniel J. Taylor
10                                       Attorneys for Plaintiff
                                         Actuate Corporation
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-5-
JOINT STIPULATION TO EXTEND TIME FOR COMPLETION OF FACT AND EXPERT DISCOVERY