LEE TRAN & LIANG APLC
  James M. Lee (Bar No. 192301)
  Daniel J. Taylor (Bar No. 241404)
601 S. Figueroa Street, Suite 4025
Los Angeles, CA 90017
Tel: (213) 612-3737
Fax: (213) 612-3773
Email: jml@ltlcounsel.com,
     dt@ltlcounsel.com

Attorneys for Plaintiff
Actuate Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTUATE CORPORATION, a California corporation,<br><br>          Plaintiff,<br><br>   v.<br><br>CONSTRUCTION SPECIALTIES, INC.; and DOES 1 through 10,<br><br>          Defendants. | CASE NO.: CV 10-04444 CW<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND TIME FOR COMPLETION OF FACT AND EXPERT DISCOVERY** |

1    By this stipulation and order the parties to the above-captioned action

2 respectfully request that the fact and expert discovery deadlines on the case

3 schedule be extended for the reasons stated below.

4    WHEREAS, the Court entered an order in the above-captioned matter on

5 February 15, 2011;

6    WHEREAS, the Court, pursuant to the parties' joint stipulation, ordered the

7 extension of various discovery-related deadlines on August 2, 2011;

8    WHEREAS, pursuant to the Court's order, fact discovery was to be completed

9 by October 21, 2011; initial and rebuttal expert reports were to be completed by

10 November 18, 2011 and December 2, 2011, respectively; and expert discovery was

11 to be completed by December 16, 2011;

12    WHEREAS, the parties believe that additional fact discovery will be

13 necessary in order to complete depositions, which involve parties from numerous

14 states on the East and West Coasts, and investigate complex electronic data issues

15 in order to flesh out salient issues of the case and prepare for trial;

16    WHEREAS, none of the extensions to discovery requested herein will alter

17 the trial date that is currently set on April 9, 2012, and therefore no prejudice will

18 result from these requested extensions;

19    NOW THEREFORE, the parties hereby agree and stipulate to an extension of

20 time for the completion of fact and expert discovery, and respectfully request that

21 the Court grant:

22    1) an extension of time for the completion of fact discovery from October 21,

23       2011 to January 13, 2012;

24    2) an extension of the deadlines for initial and rebuttal expert reports from

25       November 18, 2011 and December 2, 2011, respectively, to January 13,

26       2012 and January 27, 2012; and

27    3) an extension of time for completion of expert discovery from December

28

JOINT STIPULATION TO EXTEND TIME FOR COMPLETION OF FACT AND EXPERT DISCOVERY

1      16, 2011 to February 3, 2012; and

2      4)  a continuance of the January 5, 2012 Case Management Conference and

3          last day to hear dispositive motions to February 23, 2012.

4

5

6

7   DATED:  October 12, 2011          LEE TRAN & LIANG APLC

8                                     By: /s/ Daniel Taylor
                                          James M. Lee
9                                         Daniel J. Taylor
                                          Attorneys for Plaintiff
10                                        Actuate Corporation

11

12  DATED:  October 12, 2011          STARK & STARK

13

14                                    By:  /s/ Craig Hilliard
                                          Craig Hilliard
15                                        Attorney for Defendant Construction
16                                        Specialties Inc.

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION TO EXTEND TIME FOR COMPLETION OF FACT AND EXPERT DISCOVERY

1
2
3
4

## <u>ORDER</u>

5
6
PURSUANT TO STIPULATION, IT IS SO ORDERED.  The Court's August 2,
7
2011 Order is modified as follows:

8
    1)  The time for completion of fact discovery is extended to January 13, 2012;

9
    2)  The time for service of initial expert reports is extended to January 13,

10
       2012;

11
    3)  The time for service of rebuttal expert reports is extended to January 27,

12
       2012; and

13
    4)  The time for completion of expert discovery is extended to February 3,

14
       2012.

15
    5)  The January 5, 2012 Case Management Conference and last day to hear

16
       dispositive motions shall be continued to February 23, 2012.

17
18
19
DATED:_____10/20/2011_____     _____

20
                                Honorable Claudia Wilken

21
22
23
24
25
26
27
28

JOINT STIPULATION TO EXTEND TIME FOR COMPLETION OF FACT AND EXPERT DISCOVERY

1

# **DECLARATION OF CONSENT**

2      Pursuant to General Order No. 45, Section X(B) regarding signatures, I

3 attest under penalty of perjury that concurrence in the filing of this document has

4 been obtained from Craig Hilliard.

5

6

7 DATED:  October 12, 2011          LEE TRAN & LIANG APLC

8

9                                By: /s/ Daniel Taylor
                                    James M. Lee
                                    Daniel J. Taylor
10                                  Attorneys for Plaintiff
                                    Actuate Corporation
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION TO EXTEND TIME FOR COMPLETION OF FACT AND EXPERT DISCOVERY