# **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that the Court's February 15, 2011 and October 20, 2011 Orders are modified as follows:

1) The deadline for fact discovery is extended to February 24, 2012;

2) The time for service of initial expert reports is extended to March 16, 2012;

3) The time for service of rebuttal expert reports is extended to March 30, 2012;

4) The time for completion of expert discovery is extended to April 13, 2012;

5) The February 23, 2012 Case Management Conference and last day to hear dispositive motions shall be continued to May 3, 2012;

6) The Final Pretrial Conference is rescheduled to May 30, 2012; and

7) The 5-day jury trial is adjourned to June 11, 2012.

DATED: 1/17/2012

Honorable Claudia Wilken