IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTUATE CORPORATION, a California corporation,<br><br>       Plaintiff,<br><br>  v.<br><br>CONSTRUCTION SPECIALTIES, INC.; and DOES 1 through 10,<br><br>       Defendants.<br>_____/ | No. C 10-4444 CW<br><br>ORDER RESCHEDULING THE TRIAL DATE AND DECLINING THE PARTIES' APRIL 17, 2012 STIPULATION |

    The June 11, 2012 start date for the trial in this matter is delayed to June 14, 2012.

    The Court declines the parties' April 17, 2012 stipulation to shorten the schedule for briefing on Plaintiff's motion for leave to amend. The schedule proposed by the parties does not provide enough time for the Court to review the briefs. The parties may stipulate to have both motions heard together at a later date.

    If the hearings on both motions are delayed, the date for the final pretrial conference and the trial may have to be continued further.

    IT IS SO ORDERED.

Dated: 4/23/2012

CLAUDIA WILKEN
United States District Judge