IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

```
ACTUATE CORPORATION, a California         No. C 10-4444 CW
corporation,
                                          ORDER REGARDING
          Plaintiff,                      DEFENDANT
                                          CONSTRUCTION
     v.                                   SPECIALTIES,
                                          INC.'s MOTION TO
CONSTRUCTION SPECIALTIES, INC.;           SEAL
and DOES 1 through 10,

          Defendants.
_____/
```

On April 5, 2012, Defendant Construction Specialties, Inc. filed an administrative motion to seal pursuant to this Court's Local Rule 79-5. The motion accompanied Defendant's motion for partial summary judgment. Defendant seeks to file under seal Exhibits G, K and L to the Declaration of Craig S. Hilliard in support of its motion for partial summary judgment. As the basis for the motion, Defendant contends that Plaintiff Actuate Corporation previously designated these items "Confidential" under the Protective Order entered on March 28, 2011.

Under Local Rule 79-5(d),

> If a party wishes to file a document that has been designated confidential by another party pursuant to a protective order . . . the submitting party must file and serve an Administrative Motion for a sealing order and lodge the document, memorandum or other filing in accordance with this rule . . . Within 7 days thereafter, the designating party must file with the Court and serve a declaration establishing that the designated information is sealable, and must lodge and serve a narrowly tailored proposed sealing order, or must withdraw the designation of confidentiality. If the designating party does not file its responsive declaration as required by this subsection, the

document or proposed filing will be made part of the public record.

Plaintiff has not filed a declaration in support of sealing the exhibits, as required by Local Rule 79-5(d).  However, it is not clear that Defendant has served on Plaintiff all of the papers in connection with motion to seal, in particular, Brian Clark's declaration in support of the motion.

Thus, the Court reserves judgment regarding the motion.  On or before April 26, 2012, Defendant shall serve Plaintiff the motion and all supporting papers, or notify the Court that it has already done so.  In the event that Plaintiff seeks to seal the information, it shall file a declaration in support of the motion by May 2, 2012.

IT IS SO ORDERED.

Dated: 4/25/2012

CLAUDIA WILKEN
United States District Judge

2