1 | LEE TRAN & LIANG APLC
2 |   James M. Lee (Bar No. 192301)
  |   Enoch H. Liang (Bar No. 212324)
3 | 601 S. Figueroa Street, Suite 4025
  | Los Angeles, CA 90017
  | Tel: (213) 612-3737
4 | Fax: (213) 612-3773
  | Email: jml@ltlcounsel.com,
5 |        ehl@ltlcounsel.com

6 | Attorneys for Plaintiff
7 | Actuate Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ACTUATE CORPORATION, a California corporation, | CASE NO.: CV 10-04444 CW |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE OF ENTIRE ACTION |
| v. | |
| CONSTRUCTION SPECIALTIES, INC.; and DOES 1 through 10, | |
| Defendants. | |

-1-

# [PROPOSED] ORDER

After considering Plaintiff and Defendant's Stipulation of Dismissal with Prejudice of Entire Action:

IT IS HEREBY ORDERED that the stipulation is GRANTED. The entire action shall be dismissed with prejudice and the Court shall retain jurisdiction to enforce the terms of the settlement agreement.

IT IS SO ORDERED.

DATE: 9/12/2012

_____
HONORABLE JUDGE OF THE
UNITED STATES DISTRICT COURT