LEE TRAN & LIANG APLC
  James M. Lee (Bar No. 192301)
  Enoch H. Liang (Bar No. 212324)
601 S. Figueroa Street, Suite 4025
Los Angeles, CA 90017
Tel: (213) 612-3737
Fax: (213) 612-3773
Email: jml@ltlcounsel.com,
       ehl@ltlcounsel.com

Attorneys for Plaintiff
Actuate Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTUATE CORPORATION, a California corporation,<br><br>             Plaintiff,<br><br>    v.<br><br>CONSTRUCTION SPECIALTIES, INC.; and DOES 1 through 10,<br><br>             Defendants. | CASE NO.: CV 10-04444 CW<br><br>[~~PROPOSED~~] **ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE OF ENTIRE ACTION** |

-1-

# [PROPOSED] ORDER

After considering Plaintiff and Defendant's Stipulation of Dismissal with Prejudice of Entire Action:

IT IS HEREBY ORDERED that the stipulation is GRANTED. The entire action shall be dismissed with prejudice and the Court shall retain jurisdiction to enforce the terms of the settlement agreement.

IT IS SO ORDERED.

DATE: 9/12/2012

*[signature]*
HONORABLE JUDGE OF THE
UNITED STATES DISTRICT COURT